■ LEONARD MARX et al., Appellants, v SOTHEBY PARKE BERNET, INC., Respondent. — Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on August 3, 1983, unanimously affirmed, without costs and without disbursements. Concur — Bloom, Lynch, Milonas and Kassal, JJ.

Ross, J. P., concurs in a memorandum as follows: I concur in the affirmance, solely upon the fact that the plaintiffs did not protest the action of the auctioneer, in reopening the bidding, until some four days later. If the

plaintiffs had complained before the bidding was reopened, based upon my examination of the record of the auction, I would have held that they were the successful bidders at $22,000 for the sofa (item 1152) and that title passed to them when the auctioneer's hammer fell.